1  MARK EMMETT, SBN 182053
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT

11 JAMES SANFORD,              )   No. CIV.S 06-02272-DFL-GGH
                               )
12      Plaintiff,             )   **REQUEST FOR DISMISSAL**
                               )
13      vs.                    )   **AND ORDER THEREON**
                               )
14 SATNAM KARARH dba MOUNTAIN  )
15 MIKE'S PIZZA,  et al.,      )
                               )
16      Defendants.            )

Sanford v. Mountain Mike's Pizza, et al                    Request for Dismissal
and
Case No. CIV.S-06-02272-DFL-GGH                         [Proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, with prejudice, as to Defendants PEGGY C. SLAUGHTER; PETER C. GRELLAS; PAUL C. GRELLAS; and JAMES C. GRELLAS.

Nothing in this Request shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than PEGGY C. SLAUGHTER; PETER C. GRELLAS; PAUL C. GRELLAS; and JAMES C. GRELLAS.

Dated: November 8, 2006        DISABLED ADVOCACY GROUP, APLC

 /s/ Mark Emmett, Esquire
MARK EMMETT
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02272-DFL-GGH, is hereby dismissed with prejudice as to Defendants PEGGY C. SLAUGHTER; PETER C. GRELLAS; PAUL C. GRELLAS; and JAMES C. GRELLAS *only*.

Dated: November 9, 2006

/s/ David F. Levi
United States District Court Judge

Sanford v. Mountain Mike's Pizza, et al                                    Request for Dismissal
and
Case No. CIV.S-06-02272-DFL-GGH                                            [Proposed] Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com