MARK EMMETT, SBN 182053
SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| JAMES SANFORD,<br><br>      Plaintiff,<br><br>vs.<br><br>SATNAM KARARH dba MOUNTAIN MIKE'S PIZZA,  et al.,<br><br>      Defendants. | No. CIV.S 06-02272-DFL-GGH<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND  ORDER THEREON FOR**<br><br>**DEFENDANT SATNAM KARARH**<br><br>**dba MOUNTAIN MIKE'S PIZZA**<br><br>**ONLY** |

TO THE COURT AND ALL PARTIES:

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, with prejudice, as to Defendant  Satnam Kararh dba Mountain Mike's Pizza ONLY.


Dated:  December 12, 2006          DISABLED ADVOCACY GROUP, APLC


                                    /s/ Mark Emmett, Esquire_____
                                   MARK EMMETT
                                   Attorney for Plaintiff



Dated:  December 14, 2006               IT IS SO ORDERED


                                   /s/ David F. Levi_____
                                   Hon. David F. Levi
                                   Chief Judge