LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV. S-06-02272-DFL-GGH |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL and ORDER THEREON** |
| SATNAM KARARH dba MOUNTAIN MIKE'S PIZZA, et al. | |
| Defendants. | |

1    TO THE COURT AND ALL PARTIES:

2    Plaintiff, JAMES SANFORD, hereby requests that the entire above-captioned action
3    be dismissed without prejudice pursuant to FRCP 41 (a)(1), with each party to bear its own
4    fees and costs.

5    Dated: January 29, 2006            DISABLED ADVOCACY GROUP, APLC

7                         /s/ Scottlynn J Hubbard, IV
                          SCOTTLYNN J HUBBARD, IV
8                         Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02272-DFL-GGH, is hereby dismissed with prejudice as to all parties.

Dated: 01/31/2007            /s/ David F. Levi

                    United States District Court Judge